PROB 12B
(7/93)

# United States District Court

for

# Middle District of Alabama

RECEIVED

2006 MAR -2 A 9: 5l

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: WILKERSON, Larry J.        Case Number: 1:99CR00090-008

Name of Sentencing Judicial Officer: Honorable Lyle E. Strom, United States District Judge; Assigned to the Honorable Ira DeMent, Senior United States District Judge

Date of Original Sentence: December 09, 1999

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute and Manufacture Methamphetamine; 21 U.S.C § 846

Type of Supervision: Supervised Release        Date Supervision Commenced: September 19, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ months, for a total term of __ months.
[X]   To modify the conditions of supervision as follows:

**The defendant shall reside in a Community Corrections Facility maintained under contract to the Bureau of Prisons for a period of six (6) months and shall abide by all the rules and regulations of the facility. The term shall begin upon the defendant's surrender to the facility at the time directed by the probation officer. While residing at the Community Corrections Facility the defendant shall participate in a drug treatment program.**

## CAUSE

1.   **Violation of a standard condition of supervised release which states, "The defendant shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer."**

     On September 20, 2005, Wilkerson was reprimanded for his dishonesty concerning his living arrangements, and his involvement with Melissa Specker, a known felon on supervision with the Montgomery, Alabama U. S. Probation Office. He was instructed not to associate with Ms. Specker, and to find a new residence.

     On February 16, 2006, USPO Stan Robinson, and USPO Kevin Poole traveled to Ms. Specker's residence, and found that Wilkerson was residing with her. Wilkerson admitted that he was not living in Wetumpka, Alabama and/or Slocomb, Alabama as reported to the probation officer.

2.   **Violation of a standard condition of supervised release which states, " The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."**

     During Wilkerson's supervision, he has reported on all his written monthly reports that he was living in Slocomb, Alabama, while actually residing with Ms. Specker in Opelika, Alabama. Wikerson falsified his monthly reports, and was dishonest with the probation officer concerning his place of residence.


SCANNED
371

PROB 12B
(7/93)

2

## RECOMMENDATION

It is respectfully recommended that Wilkerson be placed in a Community Correction Facility for a period of six (6) months. Further, it is recommended that he be designated to Bannum Place of Montgomery to serve the recommended time. The probation officer notes that Wilkerson will be able to continue working, and will be able to establish a new residence during the six (6) months he would be residing at the halfway house. Attached is a Waiver of Hearing form signed by Wilkerson for the Courts review.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2006.

_____
Brad Brockett, United States Probation Officer

Reviewed and approved: _____
Robert A. Pitcher, Senior U.S. Probation Officer/OIC

---

THE COURT ORDERS:

[✓]   The Modification of Conditions as Noted Above
[ ]   The Extension of Supervision as Noted Above
[ ]   No Action
[ ]   Other

_____
Signature of Judicial Officer

March 7, 2006
Date