IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 1:99cr90-IDM |
| | ) | |
| LARRY J. WILKERSON | ) | |

**O R D E R**

Based upon the recommendation of the probation officer that Defendant Larry J. Wilkerson be released from Bannum Place of Montgomery, Alabama, a community corrections facility, and for good cause shown, it is ORDERED that the modification of supervised release, imposed by this court on March 7, 2006 (Doc. No. 372), be and the same is hereby TERMINATED as of this date and that Wilkerson is hereby RELEASED from Bannum Place.

DONE this 28th day of June, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE