# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Larry J. Wilkerson                Case Number: 1:99CR00090-008

Name of Sentencing Judicial Officer: The Honorable Lyle E. Strom, Senior U.S. District Judge. The Honorable Ira DeMent, Senior U S. District Judge, is assigned this case.

Date of Original Sentence: December 9, 1999

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute and Manufacture Methamphetamine.

Original Sentence: 78 months and 5 years supervised release term

Type of Supervision: Supervised Release                Date Supervision Commenced: September 19, 2005

## PETITIONING THE COURT

[ ]    To extend the term of supervision for __ years, for a total term of __ years.
[x]    To modify the conditions of supervision as follows:

> **The offender shall serve five (5) consecutive weekends in a jail-type facility under contract to the Federal Bureau of Prisons (BOP). The offender shall surrender Friday of each weekend not later than 6:00 p.m. and be released not later than 6:00 p.m. the following Sunday. The exact date to begin this modification of supervised release will be as directed by the USPO.**

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1 Mandatory Condition:"The defendant shall refrain from any unlawful use of a controlled substance." | On December 14, 2006, the offender admitted to using methamphetamine. He stated that he had used the methamphetamine on December 12, 2006. |

                                                                Respectfully submitted,

                                                by      /s/ M. Stanford Robinson

                                                        M. Stanford Robinson
                                                        U.S. Probation Officer

Date: December 21, 2006

Reviewed and approved:   /s/ David Ron Thweatt
David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[x ]  The Modification of Conditions as Noted Above
[ ]   Other

/s/ Ira DeMent
Signature of Judicial Officer

Dec. 21, 2006
Date