United States District Court

for

Middle District of Alabama

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Larry J. Wilkerson             Case Number: 1:99CR00090-008-ID

Name of Sentencing Judicial Officer: The Honorable Lyle E. Strom, Senior U.S. District Judge;  The Honorable Ira DeMent, Senior U S. District Judge, is assigned this case.

Date of Original Sentence: December 9, 1999

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute and Manufacture Methamphetamine.

Original Sentence: 78 months custody to be followed by 5 years of supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: September 19, 2005

**PETITIONING THE COURT**

[ ]     To extend the term of supervision for _ years, for a total term of _ years.
[x]    To modify the conditions of supervision as follows:

> **The defendant shall participate in the Home Confinement Program for a period of <u>four (4)</u> months to begin at a time designated by the probation officer.  During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the probation officer.  The defendant will maintain a telephone at his residence, without a modem, "call forwarding", "Caller ID", "call waiting", or portable cordless telephones, for the above period.  At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic procedures specified by the probation officer.**

**CAUSE**

On March 13, 2007 and on March 19, 2007, Larry Wilkerson submitted urine samples that tested "presumptive positive" for the presence of methamphetamine.  Wilkerson stated that he used methamphetamine on or about March 10, 2007 and March 17, 2007.  The use of illegal drugs violates a mandatory condition of supervision which states that "the defendant shall refrain from any unlawful use of a controlled substance."

Wilkerson's conditions of supervised release have been modified on two previous occasions.  The first modification was ordered on March 7, 2006 which resulted in a six (6) month placement at a

community corrections center for associating with a convicted felon in addition to filing false monthly supervision reports. A second modification to include serving five (5) consecutive weekends in jail was ordered on December 21, 2006 based on Wilkerson admitting to using methamphetamine.

The probation officer believes that a modification for home confinement with electronic monitoring is appropriate to address the current violations and will be the last alternative sanction to use in lieu of seeking revocation of the offender's term of supervised release. Wilkerson has expressed a desire to attend substance abuse treatment. A term of home confinement will allow him the opportunity to get help for his substance abuse problem in addition to allowing him to maintain his employment. Wilkerson has agreed to the modification and signed Probation Form 49 waiving his right to assistance of counsel and to a hearing.

                                                Respectfully submitted,

                by      /s/ David A. Conoly
                          David A. Conoly
                          U.S. Probation Officer
                          Date: March 27, 2007

Reviewed and approved:    /s/ David Ron Thweatt
                      David Ron Thweatt
                      Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[x]    The Modification of Conditions as Noted Above
[ ]    Other

                                                /s/ Ira DeMent
                                         Signature of Judicial Officer

                                                April 10, 2007
                                                        Date